No. 620. THOMAS J. SHEA, PETITIONER, *v.* CITY OF MOBILE. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry T. Smith* and *Mr. Gregory L. Smith* for petitioner. *Mr. Burwell B. Boone* for respondent.

———

No. 627. CONVENT OF ST. ROSE, PETITIONER, *v.* THE UNITED STATES SAVINGS AND LOAN COMPANY. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles W. Needham* for petitioner. *Mr. Corwin S. Shank* for respondent.

———

No. 629. LOUIS W. DOWNES, PETITIONER, *v.* THE TETER-HEANY DEVELOPMENT COMPANY. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Philip Mauro* and *Mr. Reeve Lewis* for petitioner. *Mr. Henry E. Everding* for respondent.

———

No. 640. KENTUCKY DISTILLERIES AND WAREHOUSE COMPANY, PETITIONER, *v.* J. I. BLANTON, ASSIGNEE, ETC. March 18, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Marshall Bullitt, Mr. Alfred S. Austrian* and *Mr. Levy Mayer* for petitioner. *Mr. Helm Bruce* for respondent.

———

No. 630. MORRIS EDELSTEIN, PETITIONER, *v.* THE UNITED STATES. March 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth

Circuit denied. *Mr. William B. Matthews* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 635. SOUTHERN RAILWAY COMPANY, PETITIONER, *v.* HUBBARD BROTHERS & Co. March 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. A. Henderson, Mr. Caruthers Ewing* and *Mr. Alfred P. Thom* for petitioner. No appearance for respondent.

---

No. 636. W. KELSEY KURTZ, PETITIONER, *v.* ARTHUR K. BROWN, SURVIVING RECEIVER, ETC. April 8, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Rudolph M. Schick* for petitioner. *Mr. Reynolds D. Brown, Mr. Malcolm Lloyd, Jr.,* and *Mr. Charles H. Burr* for respondent.

---

No. 646. ELIZABETH J. WARD, PETITIONER, *v.* DAMPSKIBS-SELSKABET KJOEBENHAVN. April 8, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank R. Savidge* for petitioner. *Mr. J. Parker Kirlin* and *Mr. C. R. Hickox* for respondent.

---

No. 663. SMOKELESS FUEL COMPANY, PETITIONER, *v.* SAMUEL H. COTTRELL & SON. April 8, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alexander H. Sands* for petitioner. *Mr. Henry R. Pollard* for respondents.